<div style="text-align: left; float: left;">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI VILLALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>EOIR, PRINT MAGGARD, USCIS, AND EMILIA BARDINE<br><br>    Defendants.<br>_____/ | No. C 16-01741 WHA<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court is in receipt of Magistrate Judge Laurel Beeler's report, recommending that pro se plaintiff Selomi Villalta's complaint be dismissed with leave to amend (Dkt. No. 7). No objections to the report and recommendation have been filed. Plaintiff has submitted, however, an amended complaint, which is essentially identical to the previous complaint and which does not at all address the deficiencies laid out by Judge Beeler's recommendation. Accordingly, this order hereby **ADOPTS IN FULL** Judge Beeler's report and recommendation. Plaintiff's complaint is hereby **DISMISSED**. Plaintiff may file an amended complaint, that addresses the deficiencies set forth in Judge Beeler's report, by **MAY 31, 2016**. Failure to file a responsive amended complaint will result in closure of the case.

Plaintiff is advised that she may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate

Avenue, San Francisco, California. At the Legal Help Center, plaintiff will be able to speak with an attorney who may be able to provide basic legal help, but not representation. More information is available online at: http://cand.uscourts.gov/helpcentersf. Plaintiff may also wish to obtain a copy of the district court's Handbook for Litigants Without a Lawyer. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: May 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE