IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI VILLALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>EOIR, PRINT MAGGARD, USCIS, AND EMILIA BARDINE<br><br>    Defendants. | No. C 16-01741 WHA<br><br>**ORDER DISMISSING ACTION** |

On May 11, 2016, an order adopted the report and recommendation of Magistrate Judge Maria-Elena James and dismissed plaintiff's complaint. The order gave plaintiff until May 31, 2016, to file an amended complaint. Plaintiff did not filed an amended complaint.

Plaintiff's complaint is **DISMISSED** for lack of prosecution. A final judgment will follow. The clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE