IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELOMI VILLALTA,

    Plaintiff,

  v.

EOIR, PRINT MAGGARD, USCIS, AND EMILIA BARDINE

    Defendants.

No. C 16-01741 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Selomi Villalta. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE