IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI VILLALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>EOIR, PRINT MAGGARD, USCIS, AND EMILIA BARDINE<br><br>    Defendants.<br>_____ / | No. C 16-01741 WHA<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

In this closed immigration action, pro se plaintiff appealed an order dismissing the action. Our court of appeals referred the matter to this Court for a determination as to whether plaintiff's in forma pauperis status should continue for this appeal. This order determines that it should not. There are no valid grounds on which an appeal can be based. Consequently, this order certifies that any appeal taken from the order of dismissal and judgment of this action will not be taken in good faith and is therefore frivolous. Fed. R. App. P. 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, plaintiff's in forma pauperis status is hereby **REVOKED**. The Clerk shall notify plaintiff and the Court of Appeals of this order. *See* Fed. R. App. P. 24(a)(4).

**IT IS SO ORDERED.**

Dated: July 25, 2016.



WILLIAM ALSUP